F. # 2015R00923

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York **15 MISC 1291**

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: XO COMMUNICATIONS LLC
SUBPOENA COMPLIANCE
105 MOLLY STREET
NASHVILLE, TN 37201

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Court, Eastern District of New York<br>225 Cadman Plaza East, 5th Floor, Room N547<br>Brooklyn, New York 11201 | Date and Time:<br>JULY 28, 2015<br>10:00A.M. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

SEE ATTACHED RIDER

YOU MAY COMPLY WITH THIS SUBPOENA BY PROVIDING THE REQUESTED INFORMATION TO DETECTIVE JOHN HOFFMAN OF THE FEDERAL BUREAU OF INVESTIGATION, FINANCIAL CYBER CRIMES TASK FORCE, SQUAD CY-6, 26 FEDERAL PLAZA, NEW YORK, NY 10278, TELEPHONE NUMBER: (917) 613-3012, EMAIL ADDRESS: John.Hoffman3@ic. fbi. gov.

Date: JULY 9, 2015

**DOUGLAS C. PALMER**
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Assistant U.S. Attorney Judith A. Philips, U.S. Attorney's Office, Eastern District of New York
271 Cadman Plaza East, Brooklyn, New York 11201
Judy.Philips@usdoj.gov
(718) 254-6449

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* ______________________________
was received by me on *(date)* ______________ .

☐ I served the subpoena by delivering a copy to the named person as follows: ______________
______________________________________________________________
______________________________________ on *(date)* ______________ ; or

☐ I returned the subpoena unexecuted because: ______________________________
______________________________________________________________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

## Rider

XO Communications LLC
Subpoena Compliance
105 Molloy Street
Nashville, TN, 37201
800-932-8501 Ph
615-777-7879 Fax

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

## RIDER

For the following call numbers please provide the following information for January 1, 2014 to the present:

**718-977-5955**

1. All subscriber identifying information, including, but not limited to, name(s), address(es), date of birth, social security number(s);

2. All billing identifying information, including, but not limited to, name(s) and address(es), if different from subscriber identifying information;

3. Addresses (if different from 1 and 2 above), including any e-mail, internet protocol ("IP"), or physical addresses, from which the account was opened or accessed and any forwarding e-mail, IP, or physical addresses;

4. Phone type (e.g., cellular, payphone, calling card, land line);

5. Call and text message detail information, including but not limited to local, long distance and toll records, including numbers dialed and texted;

6. Length of service, including the date the account was established and the date the account was disconnected, if applicable;

7. Monthly billing records, including, but not limited to, source of payment, method of payment, and payment attempts; and

8. All serial numbers (e.g., IMSI, IMEI, MEID) currently associated with the provided call number and all call numbers currently associated with the provided IMSI numbers.

**Please do NOT notify the account holder of the request. A sealing order accompanies the Grand Jury subpoena to that effect. Please direct and questions/ concerns to Detective John Hoffman ( 917 ) 613-3012**

PLEASE PROVIDE THE RESPONSE IN ELECTRONIC FORMAT, IF AVAILABLE TO:
**John. Hoffman3@ic.fbi.gov**

NB: Personal appearance is not required if the requested documents are produced on or before **Friday , June 12, 2015** to Detective John Hoffman, Federal Bureau of Investigation, 26 Federal Plaza, New York, NY 10278; Squad CY-6, Tel: (917) 613-3012; email John. Hoffman3@ic.fbi.gov.